# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| LARRY BELL, | § |
| Plaintiff, | § § § § |
| v. | § CIVIL ACTION NO. 5:22-CV-38-RWS-RWS § |
| WAL-MART STORES TEXAS, LLC, | § § § |
| Defendant. | § § |

## ORDER

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice. Docket No. 31. In their motion, the parties explain that all claims asserted by Plaintiff in this case, including but not limited to, all claims which could have been asserted by Plaintiff in this case, have been fully and finally compromised and settled. *Id.* The parties have further requested the dismissal of this entire lawsuit, including each cause of action asserted and each cause of action which could have been asserted, with prejudice. It is therefore

**ORDERED** that Agreed Motion to Dismiss with Prejudice (Docket No. 31) is **GRANTED**. It is further

**ORDERED** that this lawsuit and all claims asserted therein, or which could be asserted by Plaintiff therein, are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that each party shall bear its own costs.

All relief not previously granted is hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 23rd day of March, 2023.**

 _____
 ROBERT W. SCHROEDER III
 UNITED STATES DISTRICT JUDGE